# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**MICAH ANGEL**                                                                                  **PLAINTIFF**

**v.**                                    **Case No. 3:23-cv-00149-KGB**

**WALMART CORPORATION**                                                              **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Micah Angel's complaint is dismissed without prejudice. The relief sought is denied. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

It is so adjudged this 9th day of July, 2024.

_____
Kristine G. Baker
Chief United States District Judge